**Gurpreet SINGH, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 17-1399

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2017

Decided: August 9, 2017

Gurpreet Singh, Petitioner Pro Se. Evan Paul Schultz, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gurpreet Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of his requests for asylum and withholding of removal.* We have thoroughly reviewed the record, including the transcript of Singh's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Singh* (B.I.A. Mar. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

* Singh does not challenge the denial of relief under the Convention Against Torture. Accordingly, review of that issue is waived. *See* *Ngarurih v. Ashcroft*, 371 F.3d 182, 189 n.7 (4th Cir. 2004).